1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor, United States Department of Labor<br><br>                                    Plaintiff,<br>      v.<br><br>L & Y FOOD, INC.; JRC CULINARY GROUP, INC.; A1 MEAT SOLUTIONS, INC.; MOON POULTRY, INC.; LOTUS PLUS, INC.; LOTUS POULTRY, INC.; FARMERS PROCESS, INC.; DURFEE POULTRY, INC.; FU QIAN CHEN LU; CAMERON ZHONG LU; RYAN ZHONG LU; BRUCE SHU HUA LOK;<br><br>                                    Defendants. | Case No. 2:24-cv-02606-SPG-PD<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST ALL DEFENDANTS** |

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of

Labor, and Corporate Defendants L & Y Food, Inc.; JRC Culinary Group, Inc.; A1

Meat Solutions, Inc.; Moon Poultry, Inc.; Lotus Plus, Inc.; Lotus Poultry, Inc.;

Farmers Process, Inc.; Durfee Poultry, Inc. ("Corporate Defendants"); and Individual Defendants Fu Qian Chen Lu; Cameron Zhong Lu; Ryan Zhong Lu; Bruce Shu Hua Lok ("Defendants," and, together with Plaintiff and Corporate Defendants, the "Parties") have agreed to resolve the matters in controversy in this civil action and agree to the entry of this Consent Judgment and Permanent Injunction ("Consent Judgment") as provided below.

### STATEMENTS BY AND AGREEMENTS BETWEEN THE PARTIES

A.     On March 30, 2024, the Acting Secretary filed her Complaint in the above-captioned proceeding, naming Defendants L & Y Food, Inc.; JRC Culinary Group, Inc.; Moon Poultry, Inc.; Fu Qian Chen Lu; Ryan Zhong Lu; and Bruce Shu Hua Lok, who acknowledge that they have been duly served with a copy of their respective summons and a copy of the Acting Secretary's Complaint in this action.

B.     On April 17, 2024, the Acting Secretary filed her First Amended Complaint in the above-captioned proceeding, naming all Defendants—A1 Meat Solutions, Inc.; Lotus Plus, Inc.; Lotus Poultry, Inc.; Farmers Process, Inc.; Durfee Poultry, Inc.; and Cameron Zhong Lu; in addition to existing Defendants L & Y Food, Inc.; JRC Culinary Group, Inc.; Moon Poultry, Inc.; Fu Qian Chen Lu; Cameron Zhong Lu; Bruce Shu Hua Lok—alleging violations of Sections 7, 11(a), 11(c), 12, and 15(a)(1)-(5) of the FLSA, 29 U.S.C. §§ 207, 211(a), 211(c), 212, 215(a)(1)-(5).  Defendants A1 Meat Solutions, Inc.; Lotus Plus, Inc.; Lotus Poultry, Inc.; Farmers Process, Inc.; Durfee Poultry, Inc.; and Cameron Zhong Lu waive service of summons.   All Defendants acknowledge receipt of the Amended Complaint and agree to the filing of the same.

C.     Defendants admit that the Court has jurisdiction over the Parties and the subject matter of this this civil action, and that venue lies in the Central District of California.

D.     The Parties agree to waive findings of fact and conclusions of law and agree to the entry of this Consent Judgment without further contest.

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 2

E.      Defendants agree herein to resolve all allegations of the Acting Secretary's First Amended Complaint.

F.      Individual Defendants Fu Qian Chen Lu and Bruce Shu Hua Lok admit that they employ all employees, including deboner, packer, cleaner, and other employees that processed poultry and red meat for L & Y Food, Inc.; A1 Meat Solutions, Inc.; Lotus Plus, Inc.; Lotus Poultry, Inc.; Farmers Process, Inc.; Durfee Poultry, Inc.; JRC Culinary Group, Inc.; Moon Poultry, Inc. at the 3219 Durfee Ave., El Monte, CA 91732; 608 Monterey Pass, Monterey Park, CA 91754; 598 Monterey Pass, Monterey Park, CA 91754; and 15861 Salvatierra St., Irwindale, CA 91706 locations.

G.      Individual Defendant Cameron Zhong Lu admits that he employs all employees, including deboner, packer, cleaner, and other employees that processed poultry and red meat for A1 Meat Solutions, Inc., and Lotus Plus, Inc. at the 3219 Durfee Ave., El Monte, CA 91732.

H.      Individual Defendant Ryan Zhong Lu admits that he employs all employees, including deboner, packer, cleaner, and other employees that processed poultry for JRC Culinary Group, Inc., and Moon Poultry, Inc. at 15861 Salvatierra St., Irwindale, CA 91706.

I.      Defendants represent that they and all individuals and entities acting on their behalf or at their direction have notice of, and understand, the provisions of this Consent Judgment.

J.      Entry of this Consent Judgment marks the resolution of all claims by Defendants and/or the Acting Secretary relating to the Acting Secretary's inspection into Defendants' Compliance with the FLSA for the time periods listed herein in the Exhibit 1.

## PERMANENT INJUNCTION

Pursuant to the statements and agreements above, upon joint motion of the attorneys for the Parties, and for cause shown,

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 3

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants, their officers, agents (including any entities contracted to provide labor or payroll services), servants, employees, attorneys,[1] entities, and all others in concert or participation with them (including any of Defendant's relations that Defendants use to operate businesses under Defendants' control[2]) are permanently enjoined as provided in Paragraphs 1–5 of the Court's April 1, 2024, Temporary Restraining Order ("TRO") (ECF No. 13).[3]

**FURTHER, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants and the persons and entities identified in the previous paragraph are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

1. Contrary to Sections 6 and 15(a)(2) of the FLSA, paying any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce within the meaning of the FLSA, wages at a rate less than the local prevailing minimum wage, which cannot be less than $7.25 per hour (or at a rate less than such other applicable minimum rate as may hereafter be established by amendment to the FLSA).

2. Contrary to Sections 7 and 15(a)(2) of the FLSA, paying any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce within the meaning of the FLSA, less than one and half times the particular

---

[1] Nothing in this Order shall be construed as limiting an attorney of record's ability to advise his or her clients.

[2] Such agents include family members acting under Defendant(s)' direction or control.

[3] Documents subject to Paragraph 5 of the TRO must be produced within 7 days of DOL's request.

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 4

employee's regular hourly rate for hours worked in excess of 40 hours in a workweek; the regular hourly rate shall include all sums paid in a workweek, including any production bonuses, as required under Section 7(e) of the FLSA. 29 U.S.C. § 207(e) and 29 CFR Part 778.

3.      Contrary to Sections 11(c) and 15(a)(5) of the FLSA, failing to make, keep, and preserve records of their employees and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations issued, and from time to time amended, pursuant to Section 11(c) of the FLSA and found in 29 C.F.R. Part 516, including for each employee, the hours worked each day and each workweek, the employee's regular hourly rate of pay, total daily or weekly straight time earnings, overtime rate of pay, total premium pay for overtime hours and identification of each deduction made from the employee's earnings along with a description of the basis/reason and method of calculation of the deduction.

4.      Contrary to Section 11(a) of the FLSA, interfering or obstructing any investigation of the Acting Secretary, including by directing employees not to speak to the Acting Secretary or her representatives and/or otherwise deterring them from cooperating in any investigation of the Acting Secretary through threats and intimidation.

5.      Contrary to Section 15(a)(3) of the FLSA, engaging in any retaliatory action, such as adversely changing the terms and conditions, discharging, name-calling and threatening, or in any other manner discriminating against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under the FLSA, has testified or is about to testify in any such proceeding, or has otherwise exercised their rights under the FLSA by, among other things, testifying or otherwise reporting information to the Acting Secretary, or questioning whether the employer is paying the employee in compliance with prevailing law. Prohibited discriminatory and retaliatory actions include telling

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 5

employees who engaged in the protected activity as listed above that communication with the Acting Secretary will result in immigration, legal, criminal or other action against them and/or otherwise deterring employees from cooperating with or speaking to the Acting Secretary's representatives through threats, bribes or intimidation. Other prohibited discriminatory and retaliatory actions include but are not necessarily limited to taking any of the following acts against anyone who engaged in the protected activity listed above: termination; discharge; layoffs; threats of termination, discharge or lay off; initiating an I-9 audit or otherwise reverifying the employment eligibility of an employee; reduction to employees' work schedules or wages; intimidation; failure to hire; and providing negative references.

6.      Contrary to Sections 12(c) and 15(a)(4) of the FLSA, employing minor children in occupations for periods and under conditions which constitute oppressive child labor in an enterprise engaged in commerce or in the production of goods for commerce, including:

a.      suffering or permitting to work any person under the age of 16 years in violation of 29 C.F.R. § 570.35, including by requiring such persons to work more than 40 hours in any 1 week when school is not in session; work more than 18 hours in any 1 week when school is in session; work more than 8 hours in any 1 day when school is not in session; work more than 4 hours in any 1 day when school is in session, including Fridays; and work between 7:00 a.m. and 7:00 p.m. in any 1 day, except during the summer (June 1 through Labor Day) when the evening hour will be 9:00 p.m.;

b.      suffering or permitting to work any person under the age of 16 years in an occupation prohibited by 29 C.F.R. § 570.33, including but not limited to: work in freezers and meat coolers and all work in the preparation of meat for sale, except as permitted by 29 C.F.R. § 570.34(j) and occupations that the Secretary of Labor may, pursuant to section 3(l) of the FLSA, find and declare to be hazardous

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 6

for the employment of minors between 16 and 18 years of age or detrimental to their health or well-being such as occupations in or about slaughtering and meat packing establishments; and

        c.    suffering or permitting to work any person under the age of 18 years in any hazardous occupation prohibited by 29 C.F.R. § 570.61 and 29 C.F.R. § 570.58, including but not limited to all deboning occupations and all occupations involved in the operation of power-driven hoisting apparatus such as forklifts or other high-lifts.

7.    Contrary to Section 12(a) of the FLSA, shipping or delivering for shipment in commerce any goods produced in an establishment in the United States in or about which within thirty days prior to the removal of such goods therefrom any oppressive child labor has been employed.

8.    Contrary to Section 15(a)(1) of the FLSA, transporting, offering for transportation, shipping, delivering, or selling in commerce, and/or shipping, delivering, or selling with knowledge that shipment or delivery or sale thereof in commerce is intended, any goods that have been processed and/or produced by any employee whom Defendants failed to pay the overtime premium rate for hours worked over forty in the workweek.

9.    Requesting, soliciting, suggesting, or coercing, directly, or indirectly, any employee to return or to offer to return to Defendants or to someone else for Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future, or other forms of monetary damages or relief, to said employee under the provisions of this Consent Judgment, or the FLSA; or accepting or receiving from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages or monetary damages heretofore or hereafter paid to the employee under the provisions of this Consent Judgment or the FLSA.

10.    By April 26, 2024, Defendant Fu Qian Chen Lu (Chen Lu) shall execute

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 7

the deed of trust attached hereto as **Exhibit 3** to secure the payments described in paragraph 36.  This deed of trust shall be recorded against real property owned by Chen Lu, either directly or through an entity of which he is the owner and officer. This property shall not be encumbered and shall have sufficient equity to satisfy the remaining judgment amount of $2,631,620.35 plus interest against Defendants.  The Acting Secretary shall record the deed of trust attached as Exhibit 3 once signed. Defendants agree not to further encumber the property until the deed of trust is recorded.  If Defendants default on their payment obligations, they shall be given 30 days' written notice to cure the default (served electronically to Defendants' counsel of record).  If Defendants fail to cure their default, Defendants will cooperate with and assist the Acting Secretary in executing on the deed of trust. Within 30 days of Defendants satisfying the payment obligations of the Consent Judgment, including any interest or penalties for paying the amount due late, the Acting Secretary will provide Defendants with a deed of reconveyance to effectuate the cancellation and removal of the deed of trust associated with this Consent Judgment. Defendants will then record the deed of reconveyance provided by the Acting Secretary to terminate the Acting Secretary's deed of trust.

11.     Withholding payment of $ 1,872,837.61, which constitutes the back wages found to be due by the Defendants under the FLSA to the employees, who are identified by name in **Exhibit 1**, which is incorporated in and made part of this Consent Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their agents, servants, employees, companies, and all persons and entities acting at their direction or in concert or participation with their direction, shall take the following affirmative actions:

12.     Within ten (10) days of the date of entry of this Consent Judgment, and within fourteen (14) days of any subsequent change to the information below for a

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 8

period of four (4) years, Defendants shall:

      a.    provide the Acting Secretary with the name of all business(es) they operate or use which produces (as defined by 29 U.S.C. § 203(j) and 29 C.F.R. § 570.108) poultry or meat, or which sells or delivers poultry or meat;

      b.    provide the Acting Secretary with the names of any poultry or meat processing company any Defendant has retained to produce (as defined in 29 U.S.C. § 203(j) and 29 C.F.R. § 570.108) poultry or meat, or which sell or deliver poultry, and include the company name, contact person, telephone number, and business address of each company;

      c.    provide to the Acting Secretary all addresses for any location at which they are processing poultry or meat or engaged in any work related to the processing, sale, or delivery of poultry or meat;

      d.    notify the Acting Secretary of any third-party entities, including contractors, that are providing staffing services to Defendants, with an explanation of the services being provided, and to provide the Acting Secretary with a copy of any contract(s) entered into with such entities; and

      e.    provide the Acting Secretary with Defendants' address, telephone number, and email address, where they agree to be contacted for purposes of communicating about and carrying out the provisions of this Consent Judgment.

13.    For a period of four (4) years beginning on the date of this Consent Judgment, Defendants must immediately notify and inform the Acting Secretary of any change to any of the information it previously provided to the Acting Secretary as required in Paragraph 12 above, including changes to its business name or corporate form, the location where it operates, and the retention or allowance of any other business or entity to manage employees or process poultry for it or at its facilities. Defendants shall also inform the Acting Secretary of any changes to their contact information. Defendants shall notify the Acting Secretary of any such changes no later than three (3) business days after any such changes have taken

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 9

effect.

14.     Within ten (10) days of the date of this Consent Judgment or, as applicable, upon commencing poultry processing operations, Defendants shall send a package consisting of a copy of the Notice of Rights attached hereto as **Exhibit 2**, followed in sequence by a copy of this Consent Judgment, to all employees, and in a language that they understand, and post this Consent Judgment and Notice of Rights in such languages in a location or locations visible to all employees, including the entrance to the workplace, any break areas, and in the primary workroom.  Within three (3) days of posting the package in the worksite, Defendants shall send photographs to a Wage and Hour representative demonstrating that this provision has been adhered to.

15.     For a period of at least four (4) years beginning on the date of this Consent Judgment, Defendants shall ensure that a copy of this Consent Judgment and **Exhibit 2** is provided to the following persons or entities and in a language understood by the recipient as follows:

a.     all future employees upon their retention who are hired or rehired following the entry of this Consent Judgment;

b.     all persons to whom they offer employment;

c.     all persons or entities providing labor or payroll services to Defendants or their business operations;

d.     all businesses and workers processing poultry at any poultry processing facility owned, operated, or controlled by any Defendant; and

e.     any individual or entity responsible for hiring, firing, supervising, paying, or otherwise managing Defendants' employees.

16.     Within thirty (30) days of the date of this Consent Judgment, Defendants shall provide FLSA training to all managers and supervisors working at its poultry processing facilities addressing, at a minimum, the FLSA provisions governing minimum wage, overtime, recordkeeping, child labor, anti-retaliation,

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 10

and interference. Defendants shall pay an independent third-party contractor, who is not involved in this litigation and is approved by a representative of the Acting Secretary, to conduct this training. A contractor will not be considered independent if it is related to Defendants on the date of this Consent Judgment or represents Defendants involved in this action in any dealings with other parties or the Department of Labor. The training shall be for one session of not less than one hour with an opportunity for questions and answers. Any contractor must make reasonable efforts to communicate with Defendants' employees in languages with which the employees are comfortable, or if the situation requires, the contractor will hire an interpreter as dictated by a particular employee's circumstances. Defendants shall provide the Acting Secretary seven days' notice in advance of the training and permit the Acting Secretary's representative to attend the training. Defendants shall provide proof that this training has occurred within seven (7) days of completing this required training. Defendants shall provide the FLSA training required under this Paragraph on an annual basis for a period of at least four (4) years.

17.    For a period of six (6) months beginning on the date of this Consent Judgment, Defendants shall not terminate, fire, layoff, or furlough any employee, including employees involved in processing poultry, such as deboners, packers, cleaners, or others, or participate in the termination, firing, layoff, or furloughing in any manner of employees involved in the processing of poultry, without first giving the employee and the Acting Secretary notice at least seven (7) days prior to such action describing who is being terminated, fired, laid off, or furloughed, and the non-retaliatory business justification for doing so.

18.    For every employee employed from January 25, 2024, through March 21, 2024, Defendants shall only provide neutral employment references, including employees involved in the processing of poultry, such as deboners, packers, cleaners, or others, upon request from any subsequent employer or any third party, by only providing the dates of the employment, job title of position held, and

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 11

relevant pay information; no reference shall be made to any employment law proceedings.

19.    For a period of four (4) years beginning on the date of this Consent Judgment, Defendants shall allow the Acting Secretary, her representatives, or agents to enter any location where any Defendant is processing, producing, shipping, or delivering for shipment any poultry to provide a one-hour FLSA Notice of Rights training to all nonmanagerial employees of Defendants and/or to freely speak to employees about Defendants' compliance with this Consent Judgment and the FLSA. Defendants will tell employees that they can stop working during this training and Defendants will compensate employees for their time attending this training. The Acting Secretary or her representatives shall be authorized to enter these locations four times per year to provide the training and speak with employes and shall be permitted to return as necessary to train any employees who may have been absent.

20.    For a period of four (4) years beginning on the date of this Consent Judgment, Defendants shall post signs that are at least three (3) feet long and three (3) feet high at the entrances of any poultry processing facilities that they own, operate or control, in English, Spanish, and the Guatemalan languages of Qeqchi, and Mam, and in a manner that is conspicuous and visible to all employees and the public, stating that no one under the age of 18 is allowed to engage in deboning work, work in a meat cooler, or operate power driven machinery.

21.    At all of Defendants' poultry and meat processing operations, Defendants shall:

    a.    Compensate all employees for all hours worked, including but not limited to time they spend waiting to be paid, waiting to count the number of boxes they have cut at the end of the day, waiting for poultry product to arrive, donning and doffing clothing or equipment mandatory to perform their job, and performing work that benefits Defendants in any manner.

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 12

b.      Defendants may only change the wage rates for a legitimate, non-pretextual business reason, which they must be prepared to provide the Acting Secretary, should she request this information in the future.

c.      With respect to any employees who were working at the poultry and meat processing facilities owned, operated or controlled by Defendants at 3219 Durfee Avenue, El Monte, CA; 608 Monterey Pass Road, Monterey Park, CA; and 598 Monterey Pass Road, Monterey Park, CA; who were laid off, fired, or terminated on or after January 26, 2024 and not yet hired back to a facility owned, operated, or controlled by Defendants, Defendants shall give a hiring preference to these employees to the extent there are positions available at any entity that produces poultry that Defendants sell. A "hiring preference" means that any available openings will be offered to these employees first before the positions are filled by other employees. In providing an offer, Defendants shall keep the offer open for at least seven (7) calendar days. Within 10 days of request by the Acting Secretary after entry of this Consent Judgment, Defendants shall provide a report to the Acting Secretary detailing (1) the offers of employment they have made to these employees under this Consent Judgment, including such employees' names and contact information; and (2) employees' acceptances or rejections of such offers.

d.      Defendants shall require either a certificate of age pursuant to 29 C.F.R. 570 Subpart B or documentary evidence of age that meets the requirements of 29 C.F.R. § 570.7, for any employee if there is any reason to believe that the employee's age may be below the applicable minimum age for the occupation in which the employee is to be employed. Such certificate or documentary evidence of age should always be obtained where the employee claims to be only 1 or 2 years above the applicable minimum age for the occupation in which the employee is to be employed. A certificate or documentary evidence of age shall also be obtained for every employee claiming to be older than 2 years above the applicable minimum age if the employee's physical appearance indicates that

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 13

1   this may not be true.

2       22.   Within sixty (60) days of commencing operations, Defendants shall

3   engage, at their own expense, an independent third-party monitor ("Independent

4   Monitor") to monitor compliance with the FLSA and the terms of this Consent

5   Judgment at all facilities where Defendants process poultry.  Starting four months

6   after Defendants retain the Independent Monitor, the Independent Monitor shall

7   conduct at least quarterly unannounced visits to monitor Defendants' worksites, and

8   more frequently if the Independent Monitor or the Acting Secretary determines

9   additional monitoring to be warranted. The Independent Monitor shall be selected

10  from a list of potential monitors provided by the Acting Secretary or as otherwise

11  agreed upon with the Acting Secretary. The monitoring provision shall be in effect

12  for three (3) years from the date of entry of this Consent Judgment.

13      a.   To ensure Defendants' compliance with the FLSA and this

14  Consent Judgment, the Independent Monitor must document, at a minimum: notes

15  from employee interviews; the name, address, phone number of each employee

16  performing work at the relevant facility and whether the employee is classified as

17  FLSA exempt, FLSA non-exempt; if the employee is paid based on a daily rate; if

18  the employee is paid in cash or by check; the start and end times of each employee's

19  work day for every work day during the period covered by the third-party audit; the

20  regular rate of pay for each employee; the gross weekly straight time and overtime

21  wages owed to each employee for each pay period covered by the third-party audit

22  based on the employee's hours worked and regular rate of pay; and the gross weekly

23  straight time and overtime wages actually paid to each employee for each pay period

24  covered by the third party audit;

25      b.   The Independent Monitor shall conduct interviews with workers

26  at the facilities where Defendants process poultry.  Such interviews and other

27  communications between workers and the Independent Monitor may be kept

28  confidential (except to authorized representatives of the U.S. Department of Labor)

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 14

at the option of each worker and copies of all notes and interviews conducted by the monitor must be turned over by the monitor to the District Director, Los Angeles District Office, U.S. Department of Labor, along with the audit report, if requested by the District Director, Los Angeles District Office, U.S. Department of Labor.

   c. If Defendants and the Acting Secretary are not able to agree on a monitor, the Acting Secretary may file a motion asking the Court to select the Independent Monitor.

   d. The Independent Monitor must have the ability to communicate with Defendants' employees in their primary language(s), or, must be provided with an interpreter as necessary at Defendants' expense.

   e. Defendants shall cooperate fully with the Independent Monitor, including by permitting it to enter facilities where Defendants process poultry without prior notice; inspect the working conditions at such facilities; inspect all books, records, and documents requested by the Independent Monitor, including employee time, payroll, and personnel records; and perform other duties necessary to conduct the monitoring.

   f. Subject to Paragraph 22(h), if the Independent Monitor finds violations of the FLSA, or regulations issued under the FLSA, that result in back wages due, Defendants shall pay the wages due within 30 days, prepare a written report concerning the violations found and payments made, and provide a copy of such report to the District Director of the Wage and Hour Division's Los Angeles District Office.

   g. Subject to Paragraph 22(h), if the Independent Monitor directs changes in Defendants' policies and/or procedures, or directs Defendants to take action to comply with the FLSA or regulations issued under the FLSA, Defendants must do so promptly.

   h. Should Defendants disagree with the findings and/or directives of the Independent Monitor, Defendants shall notify the Acting Secretary in writing

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 15

within ten (10) business days of receiving the disputed instruction from the Independent Monitor describing the issues in dispute and explaining the reasons why they disagree with the Independent Monitor. The Acting Secretary shall thereafter make a determination. If Defendants disagree with the Acting Secretary's determination, the Acting Secretary at her discretion may present this issue to the Court for adjudication.

23.    If any Defendant hires, rents to, retains or utilizes a third-party service provider to provide labor to process poultry or meat within an establishment owned, operated or controlled by such Defendant, either directly or through a corporation owned by a Defendant,[4] ("Defendant's facility"), and/or otherwise to provide timekeeping or payroll services with respect to those workers processing poultry within Defendant's facility, then:

a.    Defendant shall enter into a written contract with such third-party requiring that the third-party affirmatively:

i.    acknowledge receipt and review of the Consent Judgment;

ii.    agree to provide a copy of the Consent Judgment and Exhibit 2 to any employees or workers who work within Defendant's facility;

iii.    agree to comply with the federal minimum wage, overtime, recordkeeping, and child labor provisions of the FLSA as well as all state law wage requirements;

iv.    agree to screen all current and future workers for age to ensure that no oppressive child labor is being employed at Defendant's facility;

v.    agree to implement and maintain a timekeeping system that accurately records the hours worked by employees consisting of the minimum requirements: employees must clock-in their start time and end time each day;

---

[4] Defendants' facilities include but are not limited to: 3219 Durfee Ave., El Monte, CA 91732, 608 Monterey Pass, Monterey Park, CA 91754, 598 Monterey Pass, Monterey Park, CA 91754.

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 16

employees must record their own hours and neither the third-party service provider nor Defendant shall clock-in for employees except to correct any timekeeping errors, such as when an employee fails to appropriately clock-in or out;

vi.     agree to allow Defendant access to all payroll and timekeeping records it creates for employees working within Defendant's facility;

vii.    agree to comply with any investigation conducted by the Acting Secretary pursuant to Section 11 of the FLSA, including freely interviewing any employees or workers performing work within Defendants' facility; and

viii.   agree to quarterly monitoring per the terms set forth in Paragraph 22;

b.     At Defendant's expense, the Independent Monitor selected pursuant to Paragraph 22 above, shall conduct annual monitoring of any payroll or labor provider to ensure that such provider's payroll and labor practices with respect to the workers processing poultry within Defendant's facility are being compensated in compliance with the FLSA, that no oppressive child labor is being employed within Defendant's facility, and that the third-party is otherwise complying with the above terms of the contract as set forth above in Paragraphs 24(a)(i) to (viii);

c.     Defendants shall notify the Acting Secretary of any suspected or actual violations of the FLSA which are occurring with respect to any workers performing work within Defendant's facility within three (3) business days of learning of such suspected or actual violations.

24.    Defendants are permanently enjoined from communicating, directly or indirectly, in any manner to any third party, such as other owners of poultry processing companies, regarding whether any employee may have or may be perceived to have engaged in protected activity under the FLSA, including but not limited to any connection any employee may have with a Department of Labor, and are specifically enjoined from taking any other action to restrict or blacklist such employee from seeking or obtaining any other work.

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 17

25.     Defendants have an ongoing duty to provide the Acting Secretary with access to all records required to be made, kept, or preserved under Section 11 of the FLSA, including all other time, piece rate, employee, and payroll records, upon request and no later than three (3) days after such request is made.

26.     Should Defendants maintain a video monitoring system of employees and/or workers, Defendants shall immediately provide the Acting Secretary with access to review this footage upon request. The requirements of this Paragraph shall remain in effect for a period of at least four (4) years beginning on the of this Consent Judgment.

27.     Defendants have an ongoing duty to provide an earnings statement to each of their employees, and ensure that any employee employed to assist in the processing of poultry, such as deboners, packers, cleaners, or others, each time they are paid, beginning with the first paycheck issued following entry of this Consent Judgment, with the following information: (1) gross wages paid to the employee each workweek; (2) total hours worked each workweek; (3) a list of itemized deductions from employees' pay; (4) net wages earned; (5) the inclusive start and end dates of the pay period; (6) the employee's name and employee identification number; (7) the applicable hourly rates (including straight time and overtime rates) and corresponding number of hours worked at each hourly rate, or, as applicable, the applicable piece rates (including the precise formula used to calculate the piece rate and overtime rates) and corresponding number of pieces worked at each piece rate; (8) total straight-time wages paid; (9) the calculation of any bonuses, and (10) total overtime wages paid. Defendants shall produce these earnings statements to the Acting Secretary upon request and no later than three (3) days after such request is made.

28.     All documents produced by Defendants as required under this Consent Judgment must be produced in an electronic, searchable format to the extent Defendants' documents are maintained or may be generated in such a format. If a

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 18

document is neither maintained nor may be generated in an electronic, searchable format, then Defendants shall produce the document in an electronic format with all metadata intact to the extent such metadata exists. If a subject document is produced in a comma-separated-values ("CSV") file, such as an Excel spreadsheet, then the documents must be produced in such format and not converted to a PDF. Documents must be organized in a manner that clearly identifies the nature of the documents.

29.   Defendants have an ongoing duty to comply with the FLSA as specified above and in all other respects, including compensating employees for any wait time as required under 29 C.F.R. Part 785. Defendants shall also provide any "rest and recovery periods and other nonproductive time" as required under California Labor Code Section 226.2 and compensate any time donning and doffing equipment as required under 29 C.F.R. Part 790; and reimburse any expenses incurred by an employee in furtherance of his employer's interests and properly reimbursable by the employer as required under Section (e)(2) of the FLSA, 29 U.S.C. § 207(e)(2), such as expenses incurred by employees in connection with the purchase or maintenance of equipment, tools, clothing, and supplies required for the employee's work.

30.   Defendants, their agents, servants, and employees, and any person in active concert or participation with them, shall not in any way directly or indirectly, demand, require or accept any of the back wages, monetary damages, or liquidated damages from the individuals listed on the operative Exhibit 1. Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds to be paid under this Consent Judgment. Violation of this Paragraph may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

31.   Defendants have an ongoing duty to maintain payroll practices at any

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 19

business they own, operate, or control, currently and in the future, as follows:

a. Defendants shall accurately record the information required by 29 C.F.R. § 516.2 in the payroll records, including, for each employee (1) all hours worked by each workday and workweek, including all pre- and post-shift work such as maintaining clothing, tools, and supplies, and donning and doffing; (2) the rate(s) of pay for each of the hours worked during a workweek; (3) the number of pieces completed by each workday and workweek, if employee is paid per piece; (4) the calculation of any non-discretionary bonuses (i.e., production or incentive bonus); (5) the total weekly straight-time earnings due for the hours worked during the workweek; (6) the total premium pay for overtime hours; and (7) the dollar value of all equipment, tools, clothing, and supplies paid for and used in or specifically required for the employee's work;

b. Defendants shall record all wages paid to employees, regardless of the manner of payment, on payroll records;

c. Defendants shall not alter or manipulate time or payroll records to reduce the number of hours actually worked by an employee, and Defendants shall not encourage workers to under-report their hours worked; and

d. Defendants shall not direct supervisors, employees, or payroll preparers to falsify time or payroll records in any manner including reducing the number of hours worked by employees, and Defendants shall direct supervisors and payroll providers to encourage workers to report all hours worked.

32. If Defendants choose to calculate pay through any type of individual production-based system, such as a piece rate or production bonus system, Defendants shall provide the notice in Exhibit 2 to all production-based employees immediately upon hire (or rehire), and in a language understandable to them, and shall place the notice prominently around the workplace.

33. For purposes of contacting the Acting Secretary under the terms of this

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 20

Consent Judgment, Defendants shall notify:

> Wage Hour Division, Los Angeles District Office
>
> Attention: District Director Kimchi Bui
>
> 312 Spring Street, Ste 701
>
> Los Angeles, California 90012

## JUDGMENT

34.    **JUDGMENT IS HEREBY ENTERED,** pursuant to Section 16(c) and (e) of the FLSA, in favor of the Acting Secretary as a judgment owed to the United States of America and against Defendants in the total amount of $5,108,789.00.  This total amount comprises $1,872,837.61 in unpaid overtime compensation; an additional equal amount as liquidated damages, pursuant to authority expressly provided in Section 16 of the FLSA, 29 U.S.C. § 216; civil money penalties, which have been assessed and finally determined pursuant to 29 U.S.C. § 216(e), in the amount of $ 171,919.00 for Defendants' illegal employment of minors and $ 50,000.00 for Defendants' minimum wage and overtime violations; $ 141,194.78 in compensatory damages for Defendants' retaliation; and $ 1,000,000.00 in disgorgement of profits associated with revenues earned from the shipment or delivery for shipment in commerce of child labor "hot goods" in violation of Section 12(a) of the FLSA, 29 U.S.C. § 212(a).

35.    Within one (1) year of entry of this Consent Judgment, the Acting Secretary shall file a supplemental Exhibit 1 listing the amount of back wages, liquidated damages, and other damages paid or to be paid to employees subject to this Consent Judgment.

Pursuant to this Judgment, **IT IS HEREBY ORDERED THAT:**

36.    Defendants shall pay the monies owed above as follows: Defendants shall pay an initial payment in the amount of $ 2,554,394.50 no later than May 15, 2024.  This payment shall cover the $ 1,872,837.61 in liquidated damages and $ 681,556.89 in disgorgement.  Defendants shall pay the remaining balance of

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 21

$ 2,554,394.50 plus interest at a rate of 8%, consisting of disgorgement, retaliation damages, back wages, and civil money penalties per the following schedule:

| PAYMENT DATE | BEGINNING BALANCE | PAYMENT | PRINCIPAL | INTEREST | TYPE OF PAYMENT |
|---|---|---|---|---|---|
| 6/31/2024 | $2,554,394.50 | $328,952.54 | $311,923.25 | $17,029.30 | Disgorgement then Retaliation Damages |
| 7/30/2024 | $2,242,471.25 | $328,952.54 | $314,002.74 | $14,949.81 | Retaliation damages/Back wages |
| 8/30/2024 | $1,928,468.52 | $328,952.54 | $316,096.09 | $12,856.46 | Backwages |
| 9/30/2024 | $1,612,372.43 | $328,952.54 | $318,203.39 | $10,749.15 | Backwages |
| 10/30/2024 | $1,294,169.03 | $328,952.54 | $320,324.75 | $8,627.79 | Backwages |
| 11/30/2024 | $973,844.28 | $328,952.54 | $322,460.25 | $6,492.30 | Backwages |
| 12/30/2024 | $651,384.03 | $328,952.54 | $324,609.98 | $4,342.56 | Backwages |
| 1/30/2025 | $326,774.05 | $328,952.54 | $326,774.05 | $2,178.49 | Backwages then CMPs |

Defendants shall make the back wage and damages payments required by this Consent Judgment (plus interest as applicable) online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77761888, or by going to www.pay.gov and searching "WHD Back Wage Payment - WE Region". Payments shall reference BW Case Number #1987649.  Defendants shall make the civil money penalty payments required by this Consent Judgment online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77761888, or by going to www.pay.gov and searching "WHD Civil Money Penalty - **WE** Region."

37.    In the event of any default in the timely making of any payment due hereunder, the full judgment amount, which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of Defendants' default until paid in full, shall become due and payable upon the Acting Secretary's sending by ordinary mail a written demand to the last available addresses of Defendants then known to the Acting Secretary with electronic copies also concurrently e-served on

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Defendants or, if applicable, their counsel. Upon the Acting Secretary's request, the Court will issue an amended judgment reflecting the amounts due based on Defendant's default.

38.     The Acting Secretary shall distribute the proceeds from the settlement payments described in Paragraphs 34 and 36 in the amounts set forth in Exhibit l, less deductions for employees' share of payroll taxes and income tax withholding on the back wage amounts, to the employees identified therein, or if necessary, to the employees' estates. Any monies not distributed to employees because of an inability to locate the proper persons or because of their refusal to accept it, the Acting Secretary shall deposit the payment into the Treasury of the United States as miscellaneous receipts under 29 U.S.C. § 216(c). Defendants shall deposit the employer's portion of payroll taxes with the relevant taxing authorities.

**FURTHER, IT IS HEREBY ORDERED THAT**

39.     The filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1, nor as to any employee named on the attached Exhibit 1 for any period not specified therein, nor as to any employer other than Defendant.

40.     Defendants hereby waive any and all claims and defenses against the Acting Secretary and her representatives that they could have brought as of the date of the entry of the Consent Judgment, including any claims or defenses arising from the Acting Secretary's execution of the search warrants and investigations of Defendants' properties located at 3219 Durfee Ave., El Monte, CA 91732; and 608 Monterey Pass Ave., Monterey Park, CA 91754; and 598 Monterey Pass Ave., Monterey Park, CA 91754 on January 26, 2024, and 15861 Salvatierra St., Irwindale, CA 91706 on March 20, 2024, and agree not to appeal entry of this Consent Judgment and Permanent Injunction.

41.     Each Party shall bear its own fees and other expenses incurred by such

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 23

Party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

42. The Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment for a period of six years following the issuance of this Consent Judgment.

**IT IS SO ORDERED.**

Dated:  April 30, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 24

Consented to by:

Date: 4/17/24

Anthony K. McClaren, Esq.
Attorney for Defendants

Date: 4/17/24

Fu Qian Chen Lu
Defendant

Date: 4/17/24

Bruce Shu Hua Lok
Defendant

Date: 4/17/24

Cameron Zhong Lu
Defendant

Date: 4/17/24

Ryan Zhong Lu
Defendant

Date: 4/17/24

L & Y FOOD, INC.
Defendant

Date: 4/17/24

JRC CULINARY GROUP, INC.
Defendant

Date: 4/17/24

A1 MEAT SOLUTIONS, INC.
Defendant

Date: 4/17/24

MOON POULTRY, INC.
Defendant

Date: 4/17/24

LOTUS PLUS, INC.
Defendant

Date: 4/17/24

LOTUS POULTRY, INC.
Defendant

LOTUS PLUS, INC.
Defendant

_____ Date: _____
LOTUS POULTRY, INC.
Defendant

_____ Date: _____
FARMERS PROCESS, INC.
Defendant

_____ Date: _____
DURFEE POULTRY, INC.
Defendant


For Plaintiff Acting Secretary of Labor,
United States Department of Labor

SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
ANDREW SCHULTZ
BORIS ORLOV
Counsels for Wage and Hour

_____ *Date:  4/17/2024*
SONYA SHAO
Senior Trial Attorney

NISHA PAREKH
KARINA WEGMAN-SCHAAFF
Trial Attorneys
*Attorneys for Plaintiff Julie A. Su,*
*United States Acting Secretary of Labor*

CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS L & Y FOOD, INC. ET AL.

Page 26

# EXHIBIT 1

| First Name | Last Name | BW Start Date | BW End Date |
|---|---|---|---|
| Rigoberto | Acatitla | 2/28/2022 | 1/14/2024 |
| Sergio | Acatitla | 12/11/2023 | 1/21/2024 |
| Edwin | Aguilar | 6/6/2022 | 7/17/2022 |
| Jose | Aguilar | 12/5/2022 | 1/14/2024 |
| Luis | Aguilar | 10/23/2023 | 12/31/2023 |
| Sergio Rico | Aguilar | 5/10/2021 | 5/23/2021 |
| Juan Manuel | Ajanel Herrera | 4/24/2023 | 1/14/2024 |
| Francisco | Ajcal | 12/10/2023 | 1/14/2024 |
| Benito | Alavez | 7/19/2021 | 12/31/2023 |
| Jesus | Albores | 11/7/2022 | 5/7/2023 |
| Antonio | Alcaraz Rodriguez | 8/2/2021 | 1/14/2024 |
| David | Alejandro Cruz Caballero | 1/16/2023 | 1/14/2024 |
| Kavan | Alexander Laughon | 3/29/2021 | 11/21/2021 |
| Pedro | Algua | 11/20/2023 | 1/14/2024 |
| Martin Ramon | Alpizar | 1/2/2023 | 1/14/2024 |
| Martin | Alvarado | 1/2/2023 | 1/14/2024 |
| Victor | Alvarado | 4/12/2021 | 12/19/2021 |
| Mariela Del Carmen | Alvarez | 6/20/2022 | 7/31/2022 |
| Jose Luis | Ambrocio Ventura | 11/6/2023 | 1/14/2024 |
| Israel | Anario Lopez | 7/17/2023 | 7/30/2023 |
| Adelita | Andrade | 3/13/2023 | 12/31/2023 |
| Aurelio | Andrade | 1/2/2023 | 1/14/2024 |
| Brandon | Andrade | 4/11/2022 | 8/28/2022 |
| Brian | Andrade | 1/31/2022 | 12/17/2023 |
| Jaime | Andrade | 5/10/2021 | 12/31/2021 |
| Cruz | Antemate Anota | 12/4/2023 | 12/17/2023 |
| Gustavo Abel | Antonio | 11/7/2022 | 1/14/2024 |
| Jose | Antonio Santos Hernandez | 4/23/2021 | 7/4/2021 |
| Alejandro | Argueta | 4/12/2021 | 3/13/2022 |
| Jose | Argueta | 6/19/2021 | 8/13/2023 |
| Jose Miguel | Arrioja | 11/7/2022 | 1/14/2024 |
| Edyn | Ax | 11/20/2023 | 12/3/2023 |
| Hermelindo | Ax Ical | 3/28/2022 | 12/23/2023 |

| Martin | Ax Ical | 12/10/2023 | 1/14/2024 |
|---|---|---|---|
| Adelaida | Baltazar | 3/29/2021 | 1/14/2024 |
| Hilda | Banuelos | 1/2/2023 | 1/14/2024 |
| Sergio | Banuelos | 3/29/2021 | 5/23/2021 |
| Norma | Barajas | 11/6/2023 | 1/14/2024 |
| Juan Salvador | Barrales | 11/20/2023 | 1/14/2024 |
| Alejandro | Barrios | 11/20/2023 | 1/14/2024 |
| Norberto | Bautista Blas | 9/26/2022 | 6/4/2023 |
| Fernando | Bazan | 5/23/2022 | 1/14/2024 |
| Luis | Bazan | 6/6/2022 | 6/19/2022 |
| Fernando | Becerra | 11/20/2023 | 1/14/2024 |
| Noe | Bravo Espinoza | 7/19/2021 | 8/29/2021 |
| Andres | Buatista Santiago | 7/5/2021 | 8/29/2021 |
| Manuel | Bucio Mora | 2/28/2022 | 12/31/2023 |
| Henry | Caal | 12/11/2023 | 1/21/2024 |
| Juan | Caal | 4/12/2021 | 1/14/2024 |
| Lester Alexander | Caal | 11/7/2022 | 11/20/2022 |
| Oliverio | Caal | 1/17/2022 | 1/30/2022 |
| Ruben | Caal | 12/10/2023 | 1/14/2024 |
| Sergio | Caal | 3/29/2021 | 5/23/2021 |
| Juan Alberto | Caal Cho | 6/6/2022 | 12/3/2023 |
| Marlo Wilder | Caal Raymundo | 3/29/2021 | 12/19/2021 |
| Miguel | Caal Tec | 4/23/2021 | 1/14/2024 |
| Odilia | Caan | 3/27/2023 | 7/2/2023 |
| Tomas | Calel | 3/29/2021 | 7/4/2021 |
| Adan | Camacho | 11/20/2023 | 1/14/2024 |
| Alejandro | Camacho | 2/28/2022 | 1/14/2024 |
| Robert | Camacho Lopez | 3/29/2021 | 4/11/2021 |
| Jesus | Campos | 6/20/2022 | 7/3/2022 |
| Rudy | Cao | 6/6/2022 | 7/31/2022 |
| Salvador | Carrillo | 5/24/2021 | 12/19/2021 |
| Saul | Carrillo | 1/17/2022 | 1/14/2024 |
| Teodoro | Carrillo | 1/17/2022 | 6/4/2023 |
| Saul | Carrillo Faustino | 11/8/2021 | 12/19/2021 |
| Teodoro | Carrillo Faustino | 3/29/2021 | 12/19/2021 |
| Rigoberto | Casarrubias | 11/20/2023 | 12/17/2023 |
| Jose | Castaneda | 8/16/2021 | 1/14/2024 |

| | | | |
|---|---|---|---|
| Maria | Castaneda | 8/9/2021 | 12/3/2023 |
| Miguel | Castaneda | 11/20/2023 | 1/14/2024 |
| Benito | Castaneda Rodriguez | 3/27/2023 | 7/14/2023 |
| Paola | Castellon | 7/4/2022 | 7/17/2022 |
| Brian | Castillo | 12/18/2023 | 1/14/2024 |
| Severiano | Castillo Pacheco | 3/29/2021 | 1/14/2024 |
| German | Castro Pacheco | 12/19/2022 | 12/3/2023 |
| Luis Miguel | Castro Pacheco | 10/23/2021 | 11/21/2021 |
| Marcos | Castro Pacheco | 1/1/2024 | 1/14/2024 |
| Jesus | Cervantes | 11/20/2023 | 1/14/2024 |
| Carlos | Cervantes Palomar | 11/20/2023 | 12/17/2023 |
| Julio | Cesar Pacheco | 9/25/2023 | 1/14/2024 |
| Eduardo | Chavez | 1/2/2023 | 12/17/2023 |
| Juan Antonio | Chavez | 11/20/2023 | 12/17/2023 |
| Juan Carlos | Chavez | 10/10/2022 | 1/14/2024 |
| Marcos | Chavez | 2/28/2022 | 1/14/2024 |
| Severo | Chavez | 9/26/2022 | 10/9/2022 |
| Carlos | Chavez Gutierrez | 10/10/2022 | 1/14/2024 |
| Eduardo | Chavez Morales | 1/1/2024 | 1/14/2024 |
| Jose | Che | 1/3/2022 | 7/3/2022 |
| Rumaldo | Che | 1/17/2022 | 1/14/2024 |
| Estuardo | Che Ba | 11/8/2021 | 1/14/2024 |
| Pedro | Che Ba | 1/1/2024 | 1/14/2024 |
| Juan Gabriel | Che Rax | 10/24/2022 | 1/14/2024 |
| Mario | Chen Cu | 1/1/2024 | 1/14/2024 |
| Domingo | Chia | 1/2/2023 | 1/14/2024 |
| Manuel David | Chitic Pec | 12/4/2023 | 12/31/2023 |
| Cristina | Cho Coj Tec | 11/7/2022 | 6/18/2023 |
| Blanca | Choc | 12/10/2023 | 1/14/2024 |
| Domingo | Choc | 12/5/2022 | 12/18/2022 |
| Francisco | Choc | 4/24/2023 | 5/7/2023 |
| Mario | Choc | 7/17/2023 | 12/17/2023 |
| Rony | Choc | 12/4/2023 | 1/14/2024 |
| Eliseo | Choc Choc | 10/24/2022 | 11/6/2022 |
| Jose | Choc Choc | 3/29/2021 | 1/14/2024 |
| Robin | Choc Coy | 8/1/2022 | 1/14/2024 |

| Monica | Choj Coc | 10/24/2022 | 11/20/2022 |
| Julio | Cholom | 4/25/2022 | 5/8/2022 |
| Evaristo | Chub | 3/13/2023 | 5/7/2023 |
| Sucely | Chub Tec | 8/15/2022 | 1/15/2023 |
| Reginaldo | Chub Xol | 12/19/2022 | 2/26/2023 |
| Pedro | Coc | 11/21/2022 | 12/18/2023 |
| Santo | Coc Cuc | 5/10/2021 | 5/23/2021 |
| Teodoro | Coc Ical | 1/17/2022 | 1/14/2024 |
| Gregorio | Coc Quix | 4/25/2022 | 6/4/2023 |
| Otoniel | Cordero | 3/29/2021 | 4/11/2021 |
| Horacio | Cordoba | 9/26/2022 | 4/9/2023 |
| Juan Carlos | Cordoba | 7/17/2023 | 1/14/2024 |
| Aracely | Cordova | 10/10/2022 | 10/23/2022 |
| Juan C | Correa | 1/1/2024 | 1/14/2024 |
| Javier | Coy | 1/1/2024 | 1/14/2024 |
| Pedro | Coy | 4/24/2023 | 5/21/2023 |
| Jose Alfredo | Coyac Martinez | 11/20/2023 | 1/14/2024 |
| Aquiles | Crisanto Basilio | 4/24/2021 | 1/14/2024 |
| Lorenzo | Crisanto Basilio | 3/29/2021 | 1/14/2024 |
| Juan | Cristobal Bonifacio | 3/29/2021 | 11/5/2023 |
| Severiano | Cristobal Solis | 5/24/2021 | 12/19/2021 |
| Emilio | Cruz | 1/17/2022 | 1/30/2022 |
| Guadalupe Ron | Cruz | 1/1/2024 | 1/14/2024 |
| Israel | Cruz | 11/20/2023 | 1/14/2024 |
| Joel | Cruz | 12/5/2022 | 12/31/2023 |
| Mario | Cruz | 4/23/2021 | 1/14/2024 |
| Ramos | Cruz | 10/23/2023 | 12/3/2023 |
| Sergio | Cruz | 5/24/2021 | 10/10/2021 |
| Victor | Cruz | 12/5/2022 | 1/14/2024 |
| Joel | Cruz Crisanto | 4/26/2021 | 12/19/2021 |
| Oscar | Cruz Mariano | 3/29/2021 | 12/19/2021 |
| Wilser | Cub Che | 12/10/2023 | 1/14/2024 |
| Hermelindo | Cuc | 3/29/2021 | 8/1/2021 |
| Sandra | Cuc | 4/25/2022 | 5/22/2022 |
| Santiago | Cuc | 7/19/2021 | 12/17/2023 |
| Vicente | Cuc | 12/10/2023 | 1/14/2024 |
| Amalia | Cuc Caal | 12/4/2023 | 12/17/2023 |

| Daniel | Cuc Caal | 12/10/2023 | 12/23/2023 |
|---|---|---|---|
| Joaquin | Cuc Che | 10/23/2023 | 1/14/2024 |
| Leonel | Cuc Che | 11/21/2022 | 1/14/2024 |
| Mario | Cuc Che | 8/2/2021 | 12/19/2021 |
| Miguel Angel | Cuc Che | 1/17/2022 | 12/31/2023 |
| Rosario | Cuc Choc | 12/10/2023 | 12/23/2023 |
| Denis Danillo | Cuc Cuz | 7/31/2023 | 10/8/2023 |
| Angelica | Cucul | 12/10/2023 | 12/23/2023 |
| Maiko | Cuyuch | 3/29/2021 | 4/25/2021 |
| Alvaro Reginaldo | Cuz Pop | 4/10/2023 | 7/16/2023 |
| Francisco | De La Torre | 8/2/2021 | 5/8/2022 |
| Gustavo David | Delgado Ramirez | 3/29/2021 | 12/3/2023 |
| Alejandro | Diaz | 12/4/2023 | 12/31/2023 |
| Juan | Diaz | 11/20/2023 | 1/14/2024 |
| Juan Carlos | Diaz | 12/4/2023 | 12/31/2023 |
| Luis | Diaz | 9/26/2022 | 11/20/2022 |
| Alejandro | Diaz Gatica | 11/20/2023 | 1/14/2024 |
| Alejandro | Diaz Hernandez | 12/4/2023 | 1/14/2024 |
| Juan Carlos | Diaz Montejo | 11/20/2023 | 1/14/2024 |
| Marlon | Diaz Nufio | 12/5/2022 | 1/14/2024 |
| Juan | Diego Manriquez | 4/26/2021 | 5/23/2021 |
| Rosa Maria | Dolores | 8/28/2023 | 10/8/2023 |
| Luis | Doroteo | 12/11/2023 | 1/21/2024 |
| Heron | Duarte | 11/20/2023 | 12/3/2023 |
| Javier | Duenas | 8/1/2022 | 8/14/2022 |
| Yolva | Duran | 11/7/2022 | 1/14/2024 |
| Francisco | Enriquez | 9/26/2022 | 10/9/2022 |
| Inocente | Enriquez | 1/17/2022 | 1/14/2024 |
| Narda | Espinoza | 11/20/2023 | 12/17/2023 |
| Teresa | Espinoza | 11/20/2023 | 1/14/2024 |
| Jorge | Esteva | 4/3/2021 | 1/14/2024 |
| Celerino | Esteva Bautista | 8/2/2021 | 1/14/2024 |
| Abel | Estrada Morales | 11/6/2023 | 12/3/2023 |
| Jorge | Flores | 1/2/2023 | 1/14/2024 |
| Edgar | Fredy | 5/8/2023 | 12/3/2023 |
| Aledjandro | Garcia | 4/24/2021 | 6/6/2021 |
| Francisco | Garcia | 11/20/2023 | 12/3/2023 |

| Jose Juan | Garcia | 11/20/2023 | 12/17/2023 |
|---|---|---|---|
| Marcos | Garcia | 1/3/2022 | 1/14/2024 |
| Oscar | Garcia | 1/2/2023 | 1/14/2024 |
| Rufino Lopez | Garcia | 3/29/2021 | 12/19/2021 |
| Samuel | Garcia | 6/20/2022 | 1/14/2024 |
| Juan Jose | Garcia Rodriguez | 1/1/2024 | 1/14/2024 |
| Marco | Garcia Ventura | 8/2/2021 | 12/19/2021 |
| Daniel | Gaspar Mendez | 4/12/2021 | 12/19/2021 |
| Juan | Gavino Bravo | 11/20/2023 | 12/3/2023 |
| Irene | Gomez | 11/7/2022 | 1/14/2024 |
| Misael | Gonzales | 12/5/2022 | 12/18/2022 |
| Eleazar | Gonzales Gomez | 12/5/2022 | 1/14/2024 |
| Alberto | Gonzalez | 7/4/2022 | 1/14/2024 |
| Alfonso | Gonzalez | 11/7/2022 | 1/14/2024 |
| Dario | Gonzalez | 1/2/2023 | 1/14/2024 |
| Erick | Gonzalez | 1/2/2023 | 1/14/2024 |
| Fernando | Gonzalez | 1/2/2023 | 1/14/2024 |
| Luis Fernando | Gonzalez | 12/4/2023 | 1/14/2024 |
| Manuel | Gregorio Samuel | 8/16/2021 | 9/26/2021 |
| Maria del Rocio | Gutierrez | 10/24/2022 | 1/15/2023 |
| Martha | Gutierrez | 11/8/2021 | 7/2/2023 |
| Aide | Hernandez | 2/28/2022 | 7/31/2022 |
| Eleuterio | Hernandez | 12/11/2023 | 1/21/2024 |
| Elvia | Hernandez | 11/7/2022 | 1/14/2024 |
| Genaro | Hernandez | 11/20/2023 | 1/14/2024 |
| Guadalupe | Hernandez | 1/2/2023 | 12/17/2023 |
| Ismael | Hernandez | 11/6/2023 | 1/14/2024 |
| Juan | Hernandez | 1/2/2023 | 12/17/2023 |
| Maria Albertina | Hernandez | 1/2/2023 | 1/15/2023 |
| Varela | Hernandez | 11/6/2023 | 11/19/2023 |
| Vicente | Hernandez | 11/20/2023 | 12/3/2023 |
| Yobani | Hernandez | 12/11/2023 | 1/21/2024 |
| Juan | Herrera | 6/5/2023 | 6/18/2023 |
| Martha | Herrera | 11/20/2023 | 1/14/2024 |
| Alejandro | Ical | 5/8/2021 | 11/20/2022 |
| Angel | Ical | 12/4/2023 | 1/14/2024 |
| Fernando | Ical | 9/26/2022 | 12/3/2023 |

| German | Ical | 12/10/2023 | 1/14/2024 |
|---|---|---|---|
| Juan | Ical | 12/4/2023 | 12/17/2023 |
| Manuel | Ical | 9/26/2022 | 1/14/2024 |
| Roni | Ical | 4/25/2022 | 1/14/2024 |
| Evaristo | Ical Chub | 1/1/2024 | 1/14/2024 |
| Zacarias | Ical Xol | 11/20/2023 | 1/14/2024 |
| Hector | Ich Olivero | 11/20/2023 | 1/14/2024 |
| Lidia Leticia | Ixm Chiac | 11/6/2023 | 1/14/2024 |
| Hugo | Jesus Sanchez | 12/19/2022 | 1/14/2024 |
| Adan | Jimenez | 1/1/2024 | 1/14/2024 |
| Ana | Jimenez | 11/20/2023 | 12/17/2023 |
| Hilario | Juanico | 8/29/2022 | 9/25/2022 |
| Anita | Juarez | 1/2/2023 | 1/15/2023 |
| Eduardo | Juarez | 2/28/2022 | 1/14/2024 |
| Lourdes | Juarez | 1/2/2023 | 1/14/2024 |
| Yuritza | Leon | 1/31/2022 | 9/24/2023 |
| Fabian | Limon Castaneda | 8/1/2022 | 8/14/2022 |
| Indalecio | Loeza | 12/4/2023 | 1/14/2024 |
| Angel | Lopez | 1/1/2024 | 1/14/2024 |
| Aura | Lopez | 1/1/2024 | 1/14/2024 |
| Aylin | Lopez | 11/7/2022 | 1/14/2024 |
| Carlos | Lopez | 1/17/2022 | 1/30/2022 |
| Huriel | Lopez | 12/11/2023 | 1/21/2024 |
| Juan Manuel | Lopez | 4/24/2023 | 1/14/2024 |
| Misael | Lopez | 11/6/2023 | 12/3/2023 |
| Romero Cristino | Lopez | 11/20/2023 | 1/14/2024 |
| Senen | Lopez | 2/28/2022 | 5/22/2022 |
| Esteluina | Lopez Moreno | 11/20/2023 | 1/14/2024 |
| Ciliezar | Lopez Palma | 9/26/2022 | 8/13/2023 |
| Jose | Lopez Rosas | 10/9/2022 | 1/14/2024 |
| Lorenzo | Lopez Rosas | 9/26/2022 | 12/17/2023 |
| Marcelo | Lopez Rosas | 10/9/2022 | 1/14/2024 |
| Abel | Loza | 11/20/2023 | 1/14/2024 |
| Francisco Juan | Loza | 11/20/2023 | 1/14/2024 |
| Jose | Loza | 11/20/2023 | 1/14/2024 |
| Indalecio | Lueza | 11/20/2023 | 12/31/2023 |
| Laura | Luna | 1/2/2023 | 1/15/2023 |

| | | | |
|---|---|---|---|
| Ricardo | Luna | 5/23/2022 | 10/23/2022 |
| Gerardo | Maas | 5/23/2022 | 7/3/2022 |
| Julio | Macario | 11/20/2023 | 12/3/2023 |
| Hugo | Macias | 3/29/2021 | 11/5/2023 |
| Jessica | Macin | 12/4/2023 | 1/14/2024 |
| Eliseo | Macz | 12/5/2022 | 12/18/2022 |
| Fernando | Macz | 6/6/2022 | 9/24/2023 |
| Guillermo | Macz | 9/25/2023 | 12/3/2023 |
| Ramiro | Macz | 4/11/2022 | 8/13/2023 |
| Victor | Macz Choc | 10/10/2022 | 8/13/2023 |
| Raul | Magallon | 7/19/2021 | 1/14/2024 |
| Salvador | Magallon | 2/28/2022 | 5/7/2023 |
| Sergio | Magallon | 7/19/2021 | 1/14/2024 |
| Jose | Manuel Chavez | 8/28/2023 | 1/14/2024 |
| Saturnino | Manzano Espinoza | 3/29/2021 | 1/14/2024 |
| Amilcar | Maquin | 7/17/2023 | 10/8/2023 |
| Cesar | Mariano Pax | 3/29/2021 | 6/20/2021 |
| Chely Guadalupe | Marquez | 11/20/2023 | 1/14/2024 |
| Alba Luz | Martinez | 11/20/2023 | 1/14/2024 |
| Carlos | Martinez | 7/3/2023 | 10/8/2023 |
| Diego | Martinez | 12/5/2022 | 1/15/2023 |
| Ester | Martinez | 12/11/2023 | 1/21/2024 |
| Ezequiel | Martinez | 12/5/2022 | 1/14/2024 |
| Francisco | Martinez | 12/5/2022 | 11/5/2023 |
| Jorge | Martinez | 4/24/2023 | 11/5/2023 |
| Juan | Martinez | 3/29/2021 | 6/20/2021 |
| Juan Carlos | Martinez | 12/4/2023 | 1/14/2024 |
| Luis | Martinez | 12/11/2023 | 1/21/2024 |
| Luis David | Martinez | 9/26/2022 | 1/14/2024 |
| Oliverio | Martinez | 12/5/2022 | 1/14/2024 |
| Patricia | Martinez | 10/10/2022 | 1/14/2024 |
| Rene | Martinez | 1/2/2023 | 1/14/2024 |
| Salvador | Martinez | 12/6/2021 | 1/14/2024 |
| Teresa | Martinez | 7/4/2022 | 1/1/2023 |
| Victor | Martinez | 12/5/2022 | 1/14/2024 |
| Luis David | Martinez Ruiz | 12/5/2022 | 1/14/2024 |
| Janet | Martinez Saldivar | 5/23/2022 | 6/4/2023 |

| | | | |
|---|---|---|---|
| Ezequiel | Martinez Santiago | 10/11/2021 | 12/19/2021 |
| Magda | Mascote | 5/10/2021 | 5/23/2021 |
| Gerardo | Mass | 7/4/2022 | 6/18/2023 |
| Manuel | Mass XIC | 8/16/2021 | 9/12/2021 |
| Leobardo | Matamoros | 1/2/2023 | 1/14/2024 |
| Pascual | Matamoros | 1/2/2023 | 12/31/2023 |
| Donaldo | Mateos | 11/20/2023 | 1/14/2024 |
| Juan | Mejia | 6/5/2023 | 6/18/2023 |
| Kevin | Mejia | 1/2/2023 | 7/30/2023 |
| Adrian | Melchor | 12/4/2023 | 12/17/2023 |
| Gaspar Daniel | Mendez | 1/17/2022 | 1/14/2024 |
| Mario | Mendez | 11/20/2023 | 1/14/2024 |
| Pedro | Mendez | 11/20/2023 | 12/17/2023 |
| Walter | Mendez | 4/10/2023 | 1/14/2024 |
| Felicito | Mendez B. | 3/29/2021 | 6/20/2021 |
| Oscar | Mendez Palomar | 10/23/2021 | 12/31/2023 |
| Edgar | Miranda | 3/29/2021 | 5/23/2021 |
| Carlos | Modesto Reina | 4/23/2021 | 1/14/2024 |
| Leonardo | Montanez | 10/10/2022 | 1/14/2024 |
| Alberto | Montejo | 11/20/2023 | 1/14/2024 |
| Gerson | Montoya Ulloa | 11/20/2023 | 1/14/2024 |
| Eddy | Morales | 6/6/2022 | 12/3/2023 |
| Jonathan | Morales | 11/20/2023 | 1/14/2024 |
| Juan | Morales | 11/6/2023 | 1/14/2024 |
| Maria | Morales | 11/6/2023 | 1/14/2024 |
| Miguel Angel | Morales | 3/29/2021 | 1/14/2024 |
| Moises | Morales | 1/2/2023 | 1/14/2024 |
| Orlando | Morales | 11/6/2023 | 1/14/2024 |
| Pedro | Morales | 11/20/2023 | 12/3/2023 |
| Tomas | Morales | 11/20/2023 | 1/14/2024 |
| Hugo | Moreno | 3/29/2021 | 1/15/2023 |
| Ramses | Motta | 3/29/2021 | 12/31/2023 |
| Jose Isabel | Munoz Coyac | 11/20/2023 | 12/17/2023 |
| Francisco | Murillo | 1/2/2023 | 1/14/2024 |
| Hugo | Murillo | 4/10/2023 | 1/14/2024 |
| Otoniel | Murillo | 4/10/2023 | 1/14/2024 |
| Omar | Murillo Hernandez | 4/10/2023 | 1/14/2024 |

| | | | |
|---|---|---|---|
| Roberto | Naranjo | 11/20/2023 | 1/14/2024 |
| Alfredo | Oceguera Leiva | 11/20/2023 | 12/3/2023 |
| Carina | Ochoa | 6/20/2022 | 5/21/2023 |
| Christopher | Ochoa | 11/7/2022 | 1/1/2023 |
| Elizabeth Yavikza | Ochoa | 11/20/2023 | 12/17/2023 |
| Emely | Ojeda | 6/20/2022 | 12/31/2023 |
| Claudia | Orozco | 1/2/2023 | 12/17/2023 |
| Dariaan | Ortiz | 12/11/2023 | 1/21/2024 |
| Ernesto | Ortiz | 11/20/2023 | 12/31/2023 |
| Jorge | Ortiz | 11/7/2022 | 1/14/2024 |
| Felix | Ortiz Lopez | 11/7/2022 | 11/20/2022 |
| Alfredo | Oseguera | 12/4/2023 | 12/31/2023 |
| Salvador | Pablo | 3/29/2021 | 11/5/2021 |
| David | Pablo Concepcion | 3/29/2021 | 12/19/2021 |
| German | Pacheco Castro | 10/11/2021 | 12/19/2021 |
| Kevin Alexis | Padua Suastegui | 11/20/2023 | 12/3/2023 |
| Marcos | Palomar | 11/20/2023 | 1/14/2024 |
| Gabriel | Palomar Medina | 11/20/2023 | 1/14/2024 |
| Jose Luis | Paredes | 4/12/2021 | 4/25/2021 |
| Roberto | Paredes | 8/1/2022 | 12/3/2023 |
| Rolando | Paredes | 12/4/2023 | 1/14/2024 |
| Sara | Pascual | 12/4/2023 | 12/31/2023 |
| Dominga | Perechu Ixcol | 2/28/2022 | 1/14/2024 |
| Braulio | Perez | 6/20/2022 | 12/17/2023 |
| Francisco | Perez | 4/11/2022 | 5/22/2022 |
| Geronimo | Perez | 3/29/2021 | 10/10/2021 |
| Isaac | Perez | 11/7/2022 | 1/14/2024 |
| Jose | Perez | 1/2/2023 | 1/14/2024 |
| Juan Badillo | Perez | 11/20/2023 | 12/31/2023 |
| Juana | Perez | 1/3/2022 | 1/14/2024 |
| Laura | Perez | 3/29/2021 | 12/31/2023 |
| Sebastian | Perez | 7/19/2021 | 12/19/2021 |
| Leonel | Perez Bazan | 5/23/2022 | 1/14/2024 |
| Luis | Perez Bazan | 5/23/2022 | 1/14/2024 |
| Antonio | Perez Gomez | 7/4/2022 | 1/14/2024 |
| Griselda | Pineda Ochao | 11/20/2023 | 12/3/2023 |
| Nelson | Pinto | 3/29/2021 | 12/17/2023 |

| Manuel | Pom | 1/1/2024 | 1/14/2024 |
|---|---|---|---|
| Julia | Pop | 12/18/2023 | 1/14/2024 |
| Milton | Pop | 11/6/2023 | 1/14/2024 |
| Rosa | Pop | 1/2/2023 | 1/14/2024 |
| Vicente | Pop | 1/2/2023 | 12/17/2023 |
| Jacinto | Pop Ical | 12/4/2023 | 1/14/2024 |
| Heron | Puebla | 11/20/2023 | 1/14/2024 |
| Jose | Pullido | 9/26/2022 | 10/9/2022 |
| Edgar | Putul | 11/7/2022 | 12/17/2023 |
| Francisco | Ramirez | 3/29/2021 | 12/19/2021 |
| Osbaldo | Ramirez | 11/20/2023 | 1/14/2024 |
| Pablo | Ramirez | 4/11/2022 | 1/14/2024 |
| Marlon | Ramirez Tut A | 12/5/2022 | 1/14/2024 |
| Cruz | Ramos | 11/6/2023 | 11/19/2023 |
| Juan | Ramos | 11/7/2022 | 1/14/2024 |
| Justo | Ramos | 11/20/2023 | 1/14/2024 |
| Abelardo | Rax | 1/17/2022 | 12/17/2023 |
| Abelino | Rax | 12/11/2023 | 1/21/2024 |
| Abraham | Rax | 5/23/2022 | 1/14/2024 |
| Alvaro | Rax | 8/2/2021 | 1/14/2024 |
| Javier | Rax | 12/10/2023 | 12/23/2023 |
| Lidia | Rax | 12/18/2023 | 1/14/2024 |
| Rudy | Rax | 7/3/2023 | 12/17/2023 |
| Walter | Rax | 8/2/2021 | 10/8/2023 |
| Juan | Rax Bol | 1/16/2023 | 9/24/2023 |
| Andres | Raya | 1/2/2023 | 12/17/2023 |
| Anai | Rea Bemol | 7/1/2023 | 7/14/2023 |
| Alejandra | Reyes | 11/20/2023 | 12/3/2023 |
| Pedro | Reyes | 4/10/2023 | 4/23/2023 |
| Arnulfo | Reyes Rosales | 8/16/2021 | 11/19/2023 |
| Daniel | Rios | 3/29/2021 | 1/14/2024 |
| Pablo | Rivera | 12/11/2023 | 1/21/2024 |
| Arturo | Rivera Flores | 4/12/2021 | 11/19/2023 |
| Emmanuel | Rojo | 3/29/2021 | 12/31/2023 |
| Mario | Rolando Chen | 11/6/2023 | 12/31/2023 |
| Abelardo | Romero | 10/9/2022 | 3/12/2023 |
| Guadalupe | Ron Cruz | 11/20/2023 | 12/17/2023 |

| Ruben | Rueda | 6/20/2022 | 1/14/2024 |
|-------|-------|-----------|-----------|
| Mariana | Ruiz | 8/12/2023 | 8/25/2023 |
| Rony | Ruiz | 10/23/2021 | 1/14/2024 |
| Rudy | Ruiz | 9/27/2021 | 10/24/2021 |
| Agustin | Sanchez | 3/29/2021 | 4/11/2021 |
| Andrea | Sanchez | 6/20/2022 | 7/31/2022 |
| Fabiola | Sanchez | 2/28/2022 | 10/9/2022 |
| Jesus | Sanchez | 12/5/2022 | 12/31/2023 |
| Jocelyn | Sanchez | 6/6/2022 | 7/31/2022 |
| Nereida | Sanchez | 1/31/2022 | 1/14/2024 |
| Porfirio | Sanchez | 11/20/2023 | 1/14/2024 |
| Ramiro | Sanchez | 11/20/2023 | 1/14/2024 |
| Andres | Sanchez Castillo | 6/21/2021 | 4/9/2023 |
| Frankli | Sanchez Martinez | 12/5/2022 | 1/14/2024 |
| Karla Evelin | Sandoval | 11/20/2023 | 12/31/2023 |
| Carlos | Santa Maria | 11/20/2023 | 1/14/2024 |
| Julissa | Santos | 11/20/2023 | 12/3/2023 |
| Diego | Santos Cruz | 12/6/2021 | 12/19/2021 |
| Vicente | Saquil | 12/5/2022 | 12/18/2022 |
| Cesar | Sarabia | 3/29/2021 | 8/1/2021 |
| Anali | Saucedo | 11/20/2023 | 1/14/2024 |
| Gabriel | Sebastian | 6/20/2022 | 10/8/2023 |
| Gerardo | Sergio | 12/10/2023 | 1/14/2024 |
| Eddy Jose | Socop Perechu | 11/6/2023 | 12/3/2023 |
| Edwin Manuel | Socop Perechu | 11/6/2023 | 12/3/2023 |
| Noe | Sosa | 11/6/2023 | 11/19/2023 |
| Cynthia | Soto | 7/17/2023 | 7/30/2023 |
| Hipolito | Soto | 11/20/2023 | 1/14/2024 |
| Jaime | Sozimo | 11/7/2022 | 1/14/2024 |
| Brandon | Stephan Camba | 3/29/2021 | 11/21/2021 |
| Ruben | Tapia | 1/2/2023 | 1/14/2024 |
| Jesus | Tavera | 11/6/2023 | 11/19/2023 |
| Elvira | Tec | 8/29/2022 | 12/4/2022 |
| Gaudencio | Tec | 1/1/2024 | 1/14/2024 |
| Leuterio | Tejada | 11/8/2021 | 10/8/2023 |
| David | Teletor | 1/2/2023 | 12/3/2023 |
| Roberto | Tenorios Toros | 11/20/2023 | 12/17/2023 |

| | | | |
|---|---|---|---|
| Yesenia | Tinoco Torres | 11/6/2023 | 12/3/2023 |
| Leobardo | Toledo Ojeda | 11/6/2023 | 12/17/2023 |
| Rey | Toledo Ojeda | 12/18/2023 | 1/14/2024 |
| Elias | Torres | 8/12/2023 | 8/25/2023 |
| Fernanda | Torres | 12/18/2023 | 1/14/2024 |
| Pedro | Tzib | 11/7/2022 | 1/14/2024 |
| Leovardo | Tzir | 3/28/2022 | 4/24/2022 |
| Marcos | Uriel Sanchez Martinez | 7/31/2023 | 1/14/2024 |
| Jorge | Valenzuela | 11/7/2022 | 11/20/2022 |
| Armando | Varela Meza | 10/23/2023 | 12/3/2023 |
| Raquel | Varela Meza | 7/19/2021 | 11/19/2023 |
| Javier | Vargas | 11/6/2023 | 1/14/2024 |
| Julia | Vasquez | 11/20/2023 | 12/3/2023 |
| Yolanda | Vasquez Bernal | 11/20/2023 | 12/17/2023 |
| Araceli | Vazquez | 4/10/2023 | 4/23/2023 |
| Teresa | Vazquez F | 10/23/2021 | 12/19/2021 |
| Leonel | Velasco Cardoza | 10/23/2021 | 12/19/2021 |
| Alejandro | Velasquez | 5/23/2022 | 6/5/2022 |
| Christopher | Velasquez | 11/7/2022 | 1/14/2024 |
| Florinda | Velasquez Castro | 2/28/2022 | 1/14/2024 |
| Armando | Velazquez Castadena | 11/20/2023 | 12/17/2023 |
| Arturo | Venegas Tovar | 11/20/2023 | 1/14/2024 |
| Gerardo | Venegas Tovar | 12/4/2023 | 12/17/2023 |
| Ana | Ventura | 12/11/2023 | 1/21/2024 |
| Carlos Juan | Ventura Mateo | 7/17/2023 | 7/30/2023 |
| Eulises | Villavicencio | 12/4/2023 | 1/14/2024 |
| Salvador | Xal | 9/26/2022 | 1/14/2024 |
| Fredy | Xi | 1/17/2022 | 1/30/2022 |
| Mayra Marilena | Xiloj Lastor | 6/6/2022 | 7/30/2023 |
| Alexander | Xol | 12/10/2023 | 1/14/2024 |
| Henry | Xol | 11/6/2023 | 1/14/2024 |
| Ramiro | Xol | 1/1/2024 | 1/14/2024 |
| Ricardo | Xol | 12/10/2023 | 1/14/2024 |
| Reginaldo | Xol Chub | 11/7/2022 | 12/18/2022 |
| Carlos | Xol Tiul | 12/10/2023 | 12/23/2023 |

| Manuel Jose | Zamudio | 12/5/2022 | 1/1/2023 |
|---|---|---|---|
| Edgar | Zapeta | 10/23/2023 | 11/19/2023 |

EXHIBIT 2
## **AVISO A EMPLEADOS DE SUS DERECHOS**

El Departamento de Trabajo hace cumplir La Ley Federal de Normas Justos De Trabajo.
SU ESTATUS MIGRATORIO NO IMPORTA Y NO AFECTA SUS DERECHOS LABORALES.

- Según esta ley federal, su empleador debe pagarle:
  - o El pago de sobretiempo, que se calcula tomando la tasa de su tarifa regular más la mitad de su tarifa regular por las horas trabajadas en exceso de 40 en una semana laboral. Para calcular la "tarifa regular" para los empleados a los que se les pagan por pieza y por hora y les dan un bono de producción, generalmente, el cálculo es tomando la compensación bruta total ganada en la semana y dividida por el total de las horas trabajadas durante esa semana. No se puede renunciar a su derecho a sobretiempo a su "tarifa regular" real firmando un contrato para trabajar por un salario mínimo o una cantidad fija.
  - o Su empleador debe documentar y reportar correctamente cada hora que trabaja y todos los pagos que recibe.
- Su empleador y supervisores no pueden amenazarlo ni tomar medidas en su contra por hablar con un representante del departamento de trabajo, participar en un caso legal del departamento de trabajo, o ejercer sus derechos ante la La Ley de Normas Justos De Trabajo
- **Es ilegal que cualquier persona le haga daño porque ejerció sus derechos bajo la La Ley de Normas Justos De Trabajo.**
- **Es ilegal que su empleador tome medidas como las siguientes porque ejerció sus derechos bajo la La Ley de Normas Justos De Trabajo:**
  - o Preguntarle si y que le dijo al Departamento de Trabajo;
  - o Llamarle nombres despectivos;
  - o Tratarlo de manera diferente que antes, incluso decirle que debe tener más cuidado de no ser despedido como un empleado en período de prueba;
  - o Despedirlo a usted o a cualquier amigo o familiar que trabaje con usted;
  - o Negarse a pagarle por todas las horas que trabaja;
  - o Negarse a emplear a un familiar suyo;
  - o Hacer cualquier otra amenaza o tomar cualquier acción dañina contra usted;
- También es ilegal que alguien le obligue a decir o firmar un documento con información falsa sobre las horas que trabaja, el pago que recibe o cualquier otra cosa relacionada con sus derechos a la FLSA. Cualquier documento que haya firmado con la promesa de proporcionar información falsa a un juez o a cualquier otra persona no tiene valor legal y no puede usarse en su contra.
- Estas leyes se aplican a usted sin importancia de su estatus migratorio.

## **Si desea hablar con el DOL, puede comunicarse con (213) 894-6375**

## <u>NOTICE TO EMPLOYEES OF YOUR RIGHTS</u>

The Department of Labor (DOL) enforces the federal Fair Labor Standards Act (FLSA). <u>YOUR IMMIGRATION STATUS DOES NOT MATTER AND DOES NOT IMPACT YOUR WORKPLACE RIGHTS</u>

- Under this law, your employer must pay you:
  - The overtime premium, at a rate of time and one half your "regular rate" for the hours you work over 40 in a workweek. To calculate the "regular rate" for piece rate employees and hourly employees paid a production bonus, generally, take the total compensation for the week and divide it by the total hours you worked that week. Your right to overtime at your actual "regular rate" cannot be waived by signing a contract to work for minimum wage or a fixed amount.
  - Your employer must correctly document and report each hour you work and all pay you receive.
- Your employer and supervisors cannot threaten you or take action against you for speaking to a DOL representative, participating in a DOL legal case, or exercising your FLSA rights.
- **It is illegal for anyone to harm you because you exercised your rights under the FLSA.**
- **It is illegal for your employer to take actions like the following because you exercised your FLSA rights:**
  - Ask you if and what you said to the DOL;
  - Call you derogatory names;
  - Treat you differently than before, including tell you that now you must be more careful to not be fired like an employee on their probationary period,
  - Fire you or any friends or relatives that work with you;
  - Refuse to pay you for all hours you work;
  - Refuse to hire a relative of yours;
  - Make any other threat or take any harmful action against you.
- It is also illegal for anybody to make you sign a document with false information about the hours you work, pay you receive, or anything else related to your FLSA rights. Any document you have signed promising to tell false information to a judge or anyone else has no legal value and cannot be used against you.
- These laws apply to you regardless of your immigration status.

## <u>If you want to talk to DOL, you can call it at (213) 894-6375</u>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit 3**

RECORDING REQUESTED BY:
United States Department of Labor
Office of the Solicitor
Attn: Sonya Shao, Trial Attorney
312 N. Spring Street, Room 720
Los Angeles, CA 90012-4701

WHEN RECORDED MAIL TO:
United States Department of Labor
Office of the Solicitor
Attn: Sonya Shao, Trial Attorney
312 N. Spring Street, Room 720
Los Angeles, CA 90012-4701

*United States Department of Labor v. L&Y Food, Inc, et al.*
Civil Case No. 2:24-cv-02606-SPG-PD

# DEED OF TRUST

This Deed of Trust, made this ____ day of April, 2024, between Fu Qian Chen Lu, herein called TRUSTOR, whose address is _____, and FIRST AMERICAN TITLE COMPANY, a California Corporation, herein called TRUSTEE, and UNITED STATES DEPARTMENT OF LABOR, herein called BENEFICIARY.

Witnesseth: That TRUSTOR IRREVOCABLY GRANTS, TRANSFERS, AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Los Angeles County, California, described as:

ATTACHED HERETO AS EXHIBIT A, excluding paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits,

For the Purpose of Securing payment in the sum of $2,554,394.50 per Consent Judgment filed in *Su v. L&Y Food, Inc., et al.*, Case No. 2:24-cv-02606-SPG-PD (C.D. Cal.), with interest thereon according to the terms of said Consent Judgment herewith made by Trustor payable to order of the Beneficiary, and extensions or renewals thereof.

To Protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust hereby, that provisions (1) to (14), inclusive, excluding (10), of the fictitious deed of trust recorded in Los Angeles County, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Imperial | 1091 | 501 | Modoc | 184 | 851 | San Diego | | | Solano | 1105 | 182 |
| Alpine | 1 | 250 | Inyo | 147 | 598 | Mono | 52 | 429 | Series 2 | 1961 | 183887 | Sonoma | 1851 | 689 |
| Amador | 104 | 348 | Kern | 3427 | 60 | Monterey | 2194 | 538 | San Francisco | A332 | 905 | Stanislaus | 1715 | 456 |
| Butte | 1145 | 1 | Kings | 792 | 833 | Napa | 639 | 86 | San Joaquin | 2470 | 311 | Sutter | 572 | 297 |
| Calaveras | 145 | 152 | Lake | 362 | 39 | Nevada | 305 | 320 | San Luis Obispo | 1151 | 12 | Tehama | 401 | 289 |
| Colusa | 296 | 617 | Lassen | 171 | 471 | Orange | 5889 | 611 | San Mateo | 4078 | 420 | Trinity | 93 | 366 |
| Contra Costa | 3978 | 47 | Los Angeles | T2055 | 899 | Placer | 895 | 301 | Santa Barbara | 1878 | 860 | Tulare | 2294 | 275 |
| Del Norte | 78 | 414 | Madera | 810 | 170 | Plumas | 151 | 5 | Santa Clara | 5336 | 341 | Tuolumne | 135 | 47 |
| El Dorado | 568 | 456 | Marin | 1508 | 339 | Riverside | 3005 | 523 | Santa Cruz | 1431 | 494 | Ventura | 2062 | 386 |
| Fresno | 4626 | 572 | Mariposa | 77 | 292 | Sacramento | 4331 | 62 | Shasta | 684 | 528 | Yolo | 653 | 245 |
| Glenn | 422 | 184 | Mendocino | 579 | 530 | San Benito | 271 | 383 | Sierra | 29 | 335 | Yuba | 334 | 486 |
| Humboldt | 657 | 527 | Merced | 1547 | 538 | San Bernardino | 5567 | 61 | Siskiyou | 468 | 181 | | | |

(which provisions identical in all counties, are printed on Exhibit A attached to this form) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that said Trustor will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address herein before set forth.

FU QIAN CHEN LU, TRUSTOR _____     Date _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                          )
County of _____ )

On _____ before me, _____.

                                                                    NAME                                          TITLE

personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

# DO NOT RECORD THIS PAGE

**To Protect the Security of This Deed of Trust, Trustor Agrees:**

(1) To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefor; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2) To provide, maintain and deliver to Beneficiary fire, vandalism and malicious mischief insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor.

Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice. The provisions hereof are subject to the mutual agreements of the parties as below set forth.

(3) To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed of Trust.

(4) To pay; at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; subject to the mutual agreements of the parties as below set forth, to pay when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior to superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, the Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may; make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5) To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6) That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance. The provisions hereof are subject to the mutual agreements of the parties as below set forth.

(7) That by accepting payment of any sum secured hereby after its due date, Beneficiary doe not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure to pay.

(8) That at any time from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may; reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9) That upon written request of the Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The guarantee in such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed unless directed in such request to retain them.

(10) That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, an without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(11) That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may be determined, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed or any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of Title in connection with sale, Trustee shall apply the proceeds of sale to payment of; all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby, and the remainder, if any, to the person or persons legally entitled thereto.

(12) Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(13) That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledges, of the note secured hereby, whether or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular includes the plural.

(14) That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

_____          _____

Fu Qian Chen Lu                  Date

Trustor's Signature for this Deed of Trust